No. 81. LICHTER ET AL., DOING BUSINESS AS SOUTHERN FIREPROOFING Co., v. UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Cir-

cuit. Certiorari denied. *Paul W. Steer* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for respondents.